**Ronald B. JACKSON, Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE, Director; Gene M. Johnson, Deputy Director; David A. Garraghty, Chief Warden; K.V. Bonner, Housing Unit Manager; P. Harrison, Lieutenant; LAWRENCES, Inmate Hearings Officer; J. Johnson, Sergeant; M.C. Millard, Associate Warden, Defendants–Appellees.**

No. 01–7977.

United States Court of Appeals, Fourth Circuit.

Submitted June 26, 2002.

Decided Aug. 22, 2002.

Ronald B. Jackson, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ronald B. Jackson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *Jackson v. Angelone,* No. CA–00–421 (E.D.Va. Oct. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*